# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 3:26-cv-00656-MGL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BOSS SON, LLC ) | |
| and GROVER RICHARDSON, JR. ) | |
| ) | |
| Defendants. ) | |
| _____, ) | |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant, Boss Son, LLC and Grover Richardson, Jr. and states as follows:

### I. JURISDICTION AND VENUE

1. This breach of contract action to collect an indebtedness is brought by the United States of America on behalf of the Small Business Administration ('SBA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The United States Small Business Administration is the assignee and holder of a promissory note that evidences the loan that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Defendant, Boss Son, LLC, is a Corporation in Kershaw County, South Carolina within the jurisdiction of this Court and may be served with process at 189B Richardson Court, Lugoff, SC 29078.

4. Defendant Grover Richardson, Jr., is a resident of Kershaw County, South Carolina within the jurisdiction of this Court and may be served with process at 189B Richardson Court, Lugoff, SC 29078.

## II.    FACTS

5. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

6. On or about October 7, 2014, SBA authorized a loan to Boss Son, LLC, and Grover Richardson, Jr. (SBA), by and through an Administrator, signed the Authorization, which states that SBA guarantees 50% of the SBA loan. A true and accurate copy of the SBA Authorization is attached herein as **Exhibit A**

7. On or about September 24, 2014, Boss Son, LLC and Grover Richardson, Jr., executed an Agreement and Personal Guarantee. Grover Richardson, Jr. signed the Guaranteed Loan and Authorization with Wells Fargo Bank, N.A. (Lender) for the SBA Loan in which it was agreed to repay the loan at a variable rate of interest. A true and accurate copy of the Agreement and Personal Guarantee with Wells Fargo Bank, N.A. (Lender) is attached herein as **Exhibit B.**

8. On February 23, 2020, Defendants, Boss Son, LLC and Grover Richardson, Jr. became delinquent on the Loan. A true and accurate copy of the Lender's Transcript of Account is attached herein as **Exhibit C.**

9. After Boss Son, LLC and Grover Richardson, Jr. defaulted on the Loan, servicing of the Loan was assigned to the SBA. SBA is currently the holder of the Loan and entitled to collect the debt. A true and accurate copy of the Assignment is attached herein as **Exhibit D.**

10. After applying all payments and proceeds received, the current balance due and owing on the SBA Loan totals $9,679.08. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit E.**

### COUNT ONE: BREACH OF CONTRACT- 28 U.S.C. §3001 -
I.     TRFM14964688

11. Paragraphs 1-10 of the Complaint are hereby realleged as if fully rewritten herein.

12. Defendant, Boss Son, LLC defaulted on the SBA Loan.

13. Defendant, Grover Richardson, Jr. defaulted on the SBA Loan.

14. SBA holds the Loan evidencing the due and owing debt under the SBA Loan.

15. Defendants, Boss Son, LLC and Grover Richardson, Jr., as the guarantor on the SBA Loan owes the United States of America the sum of $9,679.08, which includes the pre-collection principal balance of $6,559.96, plus interest in the amount of $774.97 at the rate of 8.00 percent, administrative fees in the amount of $2,344.15 through November 4, 2025. *See Certificate of Indebtedness.*

16. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

17. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

18. Pursuant to the terms of the Loan, the United States respectfully requests reasonable attorney's fees and costs. *See Exhibit B*

WHEREFORE, Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully prays for relief as follows:

    a. Damages for the SBA Loan in the amount of **$9,679.08**.

    b. Statutory post-judgment interest pursuant to 28 U.S.C. § 3717(a).

    c. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2).

    d. Any additional attorney's fees and costs incurred in this action; and

    e. For such other relief as the Court deems just and proper.

Date: February 14, 2026.    Respectfully submitted,

> By: /s/ Eric Hale, Esq.
> Eric Hale (Federal Bar #9404)
> On behalf of Schuerger Law Group
> 1044 Wildwood Centre Drive
> Columbia, SC 29229
> (803) 726-3558 - Tel.
> Email: eric.hale@clarksonlawllc.com
> Copies to: efiling@schuergerlaw.com
> *Attorney for Plaintiff United States of America*